1  MICHAEL F. TUBACH (S.B. #145955)
   (mtubach@omm.com)
2  DAVID J. SEPANIK (S.B. #221527)
   (dsepanik@omm.com)
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, California  94111-3305
5  TELEPHONE:  (415) 984-8700
   FACSIMILE:  (415) 984-8701
6
   JAMES A. BOWMAN (S.B. #220227)
7  (jbowman@omm.com)
   O'MELVENY & MYERS LLP
8  400 South Hope Street
   Los Angeles, California  90071-2899
9  TELEPHONE:  (213) 430-6000
   FACSIMILE:  (213) 430-6407
10
   Attorneys for Petitioner
11 ANTHONY HOLGUIN
   Inmate No. T-04372
12 California State Prison, Los Angeles County
   44750 60th Street West
13 Lancaster, California 93536-7619

14

15                 **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | ANTHONY HOLGUIN,                          | Case No.  C 05-01118-CRB

19 |            Petitioner,                    | **STIPULATION AND [PROPOSED]**
                                                 **ORDER CONTINUING HEARING DATE**
20 |    v.                                     | **TO AUGUST 4̶5, 2005**

21 | MICHAEL HARRISON, WARDEN,
   | CALIFORNIA STATE PRISON, LOS
22 | ANGELES COUNTY, LANCASTER,                 | Current Hearing Date: July 14, 2005
   | CALIFORNIA,                                | Time: 10:00 a.m.
23 |                                            | Location: Courtroom 8, 19th Floor
   |            Respondent.                     |    Judge: Hon. Charles R. Breyer
24

25

26

27

28

SF1:593375.1                                             **STIP. AND PROP. ORDER CONTINUING**
                                                         **HEARING – CASE NO. C 05-01118-CRB**

1  Petitioner Anthony Holguin and Respondent Michael Harrison stipulate and jointly
2  request that the Court continue the hearing date currently set for July 14, 2005.  The
3  parties make this stipulated motion pursuant to Civil L.R. 6-2 and 7-12 and a declaration
4  supporting this motion is submitted herewith.  The parties stipulate as follows:
5
6  WHEREAS Petitioner Anthony Holguin's Petition for Habeas Corpus is currently
7  scheduled for a hearing on Thursday, July 14, 2005;
8
9  WHEREAS Michael F. Tubach, counsel for petitioner, will be out of the country in
10 India from July 7, 2005 through July 29, 2005;
11
12 WHEREAS James A. Bowman, counsel for petitioner, is currently at trial on a
13 matter in San Diego which is scheduled to last through July 29, 2005;
14
15 WHEREAS these scheduling conflicts will prevent counsel for Petitioners from
16 attending the hearing presently scheduled;
17
18 IT IS HEREBY STIPULATED AND AGREED by and between Petitioner
19 Anthony Holguin and Respondent Michael Harrison that the hearing in this matter be
20 continued from Thursday, July 14, 2004 until August 4, 2005 at 10:00 a.m. or such other
21 time as is convenient to the Court.
22
23
24
25
26
27
28

SF1:593375.1                                1                **STIP. AND PROP. ORDER CONTINUING HEARING – CASE NO. C 05-01118-CRB**

| | | |
|---|---|---|
| 1 | Dated: July 5, 2005 | MICHAEL F. TUBACH |
| 2 | | JAMES A. BOWMAN |
| | | DAVID J. SEPANIK |
| 3 | | O'MELVENY & MYERS LLP |

By: /s/ David J. Sepanik
David J. Sepanik
Attorneys for Petitioner
ANTHONY HOLGUIN

Dated: July 5, 2005

BILL LOCKYER
ROBERT R. ANDERSON
GERALD A. ENGLER
JULIET B. HALEY
BRUCE ORTEGA
OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By: /s/ Bruce Ortega
Bruce Ortega
Attorneys for Respondent
MICHAEL HARRISON

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Bruce Ortega.

/s/ David J. Sepanik
David J. Sepanik
O'MELVENY & MYERS LLP
*Attorneys for Petitioner*
ANTHONY HOLGUIN

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | |
| 3 | The hearing on Petitioner Anthony Holguin's Petition for Habeas Corpus currently scheduled to take place on Thursday, July 14, 2005 at 10:00 a.m. ~~will now~~ take place on Thursday, August ~~4~~ 5, 2005 at 10:00 a.m.. |
| 4 | |
| 5 | |
| 6 | IT IS SO ORDERED: |
| 7 | Dated: _July 8_, 2005 |

APPROVED
Judge Charles R. Breyer

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE