IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY HOLGUIN,

    Petitioner,

v.

MICHAEL HARRISON,

    Respondent.

No. C 05-01118 CRB

**ORDER**

The parties are ordered to produce on or before July 28, 2005, the audiotape of the March 16, 2000 interrogation of petitioner at Alisal High School by officers Carmena, Davis, and Bacis.

**IT IS SO ORDERED.**

Dated: July 21, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1118\Order 1.wpd