IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HOLGUIN,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL HARRISON, in his capacity as Warden of the California State Prison, Los Angeles County, in Lancaster,<br><br>        Defendant.                              / | No. C 05-01118 CRB<br><br>**ORDER** |

By Order dated September 16, 2005, the Court granted the petition for habeas corpus on the ground that petitioner's <u>Miranda</u> rights were violated and that such error was not harmless. The State has advised the Court in writing that petitioner may move to suppress his statements made *after* he was read his <u>Miranda</u> rights if the State retries him. Accordingly, the Court DISMISSES petitioner's claims for ineffective assistance of counsel as moot.

**IT IS SO ORDERED.**

Dated: October 5, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1118\orderremoot.wpd