United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY HOLGUIN,      No. C 05-01118 CRB

    Plaintiff,      **ORDER AMENDING JUDGMENT**

  v.

MICHAEL HARRISON, in his capacity as Warden of the California State Prison, Los Angeles County, in Lancaster,

    Defendant.
                                          /

The Judgment dated October 5, 2005, is hereby amended to specify that the State shall have 60 days from the entry of the October 5, 2005 judgment to commence retrial proceedings or release the petitioner Anthony Holguin.

**IT IS SO ORDERED.**

Dated: October 24, 2005                        CHARLES R. BREYER
                                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1118\amendedjudgment.wpd